## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):  completed by 9/14

2. Deadline for first request for production of documents and first request for interrogatories:  10/2/20

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:  plaintiff(s) n/a; defendant(s) n/a

3. Date for completion of any joinder of additional parties and amendment of the pleadings:  n/a

3(a). Number of proposed additional parties to be joined, if any, by:  plaintiff(s) n/a; defendant(s) n/a

4. Number of depositions by plaintiff(s) of:  parties 2; non-parties 2

5. Number of depositions by defendant(s) of:  parties 2; non-parties 3

6. Date of status conference (joint status report due two business days in advance):

7. Date for completion of factual discovery:  3/30/21

8. Are expert witnesses needed?  Yes x  No ___

8(a). Number of expert witnesses, if any, of plaintiff(s):  medical ___; non-medical 2

8(b). Date for completion of those expert reports:  4/30/21

8(c). Number of expert witnesses, if any, of defendant(s):  medical ___; non-medical 2

8(d). Date for completion of those expert reports:  5/28/21

9. Date for completion of expert discovery:  7/28/21

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance):

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions:  summary judgment   9/10/21

3

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

        `summary judgment`

        `9/10/21`

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)  Yes _X_  No ___

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)  Yes ___  No _X_

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)  Yes ___  No _X_